**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-33562-RAM**

☐ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose Gavarrete                          CO-DEBTOR: Guadalupe Gavarrete
Last Four Digits of SS# xxx-xx-6218             Last Four Digits of SS# xxx-xx-2041

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.  $ __143.67__ for months __1__ to __60__ ;
   B.  $_____ for months _____ to _____ ;
   C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID     $1,500.00
                  Balance Due    $ 2,750.00  payable $ 98.23 month (Months __1__ to __28__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                   Arrearage on Petition Date $ _____
Address _____                           Arrears Payment  $_____/month (Months____ to ___)
        _____                           Arrears Payment  $_____/month (Months____ to ___)
        _____                           Regular Payment  $_____/month (Months____ to ___)

2. _____                                Arrears Payment  $_____
   _____                                Arrears Payment  $_____/month (Months____ to ___)
   _____                                Regular Payment  $_____/month (Months____ to ___)
                                             Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| HSBC<br>Loan No. xxxxx7092<br>Prop Add: 2292 W 56th Street #203<br>Hialeah, FL 33016 | Homestead Property<br>$72,150.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                           Total Due $_____
                                     Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 31.08 month (Months __1__ to __28__ ). Pay $129.31/mo (Mos 29 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Ocwen Loan Service (Loan#xxxx5861), Space Coast Credit Union (Loan#xxxxx3595), Bank of America (Loan #xxxxxx1339), Angela Condomonium (Acct#xxxx2292) and Southeast Toyota Finance (Loan#xxxxx5236) directly outside the plan. The debtors assume the leased vehicle with Southeast Toyota Finance (Loan No. xxxxxx5236).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq
Attorney for Debtor
Date: 12/13/11