UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-33562-RAM

IN RE:
JOSE R GAVARRETE
GUADALUPE GAVARRETE
    Debtor
_____/

TRUSTEE'S OBJECTION TO CLAIM ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO
CLAIM # 11 FILED BY VT Inc as Trustee of World Omni

IMPORTANT NOTICE TO CREDITORS

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**
    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee, Nancy K Neidich, Esquire, P.O. Box 279806, Miramar, Florida 33027. OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**
    **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**
    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**
.

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case::

| <u>Claim #</u> | <u>Name of Claimant</u> | <u>Recommended Disposition</u> |
|---|---|---|
| 11 | VT Inc as Trustee of World Omni. | Strike and Disallow: The bar date was Januar 17, 2012. The claim was amended to change its character from secured to unsecured after the bar date on Feburay 2, 2012. The proof of claim is for excessive mileage, wear and tear, disposition and remaining payments. The Trustee believes that these charges are not permitted in a late claim. The |

LF-25 (rev. 12/01/15)

creditor did not file a motion to allow a late claim and the Trustee is in the process of closing this case..

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
☐ Adisley Cortez-Rodriguez, Esq.
FLORIDA BAR NO: 0091727
■ Amy Carrington, Esq.
FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
FLORIDA BAR NO: 0077539

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Claim # 11 was served through NEF on debtor's attorney and by US First Class Mail to:

VT Inc as Trustee of World Omni LT
c/o Matthew H Scott, Esq
Trip Scott, PA
110 Southeast 6 Street
Fifteenth Floor
Fort Lauderdale, FL  33301

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE

LF-25 (rev. 12/01/15)