**ORDERED in the Southern District of Florida on October 28, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

Case No. 11-33562-RAM
Chapter 13

JOSE R GAVARRETE
GUADALUPE GAVARRETE
Debtor(s) /

**ORDER SUSTAINING TRUSTEE's OBJECTION TO CLAIM 11**
**FILED BY VT Inc as Trustee of World Omni**

This matter having been considered without hearing upon the Trustee's Objection to Claim[s] [DE #82 ], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Trustee's objection[s] to the following claim[s] is [are] sustained as

Claim number 11 filed by VT Inc as Trustee of World Omni is stricken and disallowed as a late filed claim

###

**Submitted by:**

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

Nancy K Neidich, Esq, Chapter 13 Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).